IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § | CASE NUMBER 1:11-CR-142-1-MJT<br>JUDGE MICHAEL TRUNCALE |
| DAVID BAZAN | § | |

## ORDER OVERRULING OBJECTIONS AND ADOPTING REPORT AND RECOMMENDATION

The Defendant, David Bazan, filed a *pro se* Motion for Compassionate Release pursuant to 18 U.S.C. § 3582. [Dkt. 500.] The Government filed a response. [Dkt. 502.] Bazan filed a reply. [Dkt. 506.] Pursuant to 28 U.S.C. § 636(b), the Local Rules for the United States District Court for the Eastern District of Texas, and a specific referral order [dkt. 507], this motion was before United States Magistrate Judge Christine L. Stetson. Judge Stetson issued a report with recommended findings of fact and conclusions of law stating that Defendant's motion should be denied. [Dkt. 508.] No objections were filed to the report and recommendation.

The Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct, and the Report of the United States Magistrate Judge [dkt. 508] is ADOPTED. It is therefore ORDERED that the Defendant's motion [dkt. 500] is DENIED.

**SIGNED this 3rd day of April, 2024.**

Michael J. Truncale
United States District Judge

1